# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel and Wendy Schayes, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TD Service Company of Arizona, et al.,<br><br>　　　　Defendants. | No. CV 10-02658-PHX-NVW<br><br>**ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Susan R. Bolton. All future pleadings and papers submitted for filing shall bear the following complete case number: CV 10-02658-PHX-SRB. Pending: Plaintiffs' Motion to Set Aside Order (Doc. 25); Plaintiffs' Motion for Expedited Briefing and Decision on Daniel and Wendy Schayes' Motion to Set Aside Order (Doc. 27).

DATED this 10th day of August, 2011.

_____
Neil V. Wake
United States District Judge